**08 CV. 4216**

JS 44C/SDNY
REV. 12/2005

JUDGE HOLWELL

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS** NATHAN OTTERSON

**DEFENDANTS** GOLD COAST FREIGHTWAYS, INC. and RAUL SOTO

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Edelman & Edelman, P.C.   212-943-1200
61 Broadway, Suite 3010, New York, NY 10006

**ATTORNEYS (IF KNOWN)**
Wilson Elser Moskowitz Edelman & Dicker, LLP
3 Gannett Drive, White Plains, NY 10604
914-323-7000

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

28 U.S.C. 1332 and 28 U.S.C. 1441
Diversity of citizenship

Has this or a similar case been previously filed in SDNY at any time? No [X]  Yes? [ ]   Judge Previously Assigned _____

If yes, was this case Vol [ ]  Invol. [ ]  Dismissed.  No [ ]  Yes [ ]  If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)   **NATURE OF SUIT**

**ACTIONS UNDER STATUTES**

**TORTS**

**CONTRACT**
[ ] 110 INSURANCE
[ ] 120 MARINE
[ ] 130 MILLER ACT
[ ] 140 NEGOTIABLE INSTRUMENT
[ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151 MEDICARE ACT
[ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153 RECOVERY OF OVERPAYMENT OF VETERANS BENEFITS
[ ] 160 STOCKHOLDERS SUITS
[ ] 190 OTHER CONTRACT
[ ] 195 CONTRACT PRODUCT LIABILITY
[ ] 196 FRANCHISE

**PERSONAL INJURY**
[ ] 310 AIRPLANE
[ ] 315 AIRPLANE PRODUCT LIABILITY
[ ] 320 ASSAULT, LIBEL & SLANDER
[ ] 330 FEDERAL EMPLOYERS' LIABILITY
[ ] 340 MARINE
[ ] 345 MARINE PRODUCT LIABILITY
[x] 350 MOTOR VEHICLE
[ ] 355 MOTOR VEHICLE PRODUCT LIABILITY
[ ] 360 OTHER PERSONAL INJURY

**PERSONAL INJURY**
[ ] 362 PERSONAL INJURY - MED MALPRACTICE
[ ] 365 PERSONAL INJURY PRODUCT LIABILITY
[ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
[ ] 370 OTHER FRAUD
[ ] 371 TRUTH IN LENDING
[ ] 380 OTHER PERSONAL PROPERTY DAMAGE
[ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY

**FORFEITURE/PENALTY**
[ ] 610 AGRICULTURE
[ ] 620 FOOD & DRUG
[ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630 LIQUOR LAWS
[ ] 640 RR & TRUCK
[ ] 650 AIRLINE REGS
[ ] 660 OCCUPATIONAL SAFETY/HEALTH
[ ] 690 OTHER

**LABOR**
[ ] 710 FAIR LABOR STANDARDS ACT
[ ] 720 LABOR/MGMT RELATIONS
[ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740 RAILWAY LABOR ACT
[ ] 790 OTHER LABOR LITIGATION
[ ] 791 EMPL RET INC SECURITY ACT

**BANKRUPTCY**
[ ] 422 APPEAL 28 USC 158
[ ] 423 WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
[ ] 820 COPYRIGHTS
[ ] 830 PATENT
[ ] 840 TRADEMARK

**SOCIAL SECURITY**
[ ] 861 HIA (1395FF)
[ ] 862 BLACK LUNG (923)
[ ] 863 DIWC (405(g))
[ ] 863 DIWW (405(g))
[ ] 864 SSID TITLE XVI
[ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870 TAXES
[ ] 871 IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
[ ] 400 STATE REAPPORTIONMENT
[ ] 410 ANTITRUST
[ ] 430 BANKS & BANKING
[ ] 450 COMMERCE/ICC RATES/ETC
[ ] 460 DEPORTATION
[ ] 470 RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480 CONSUMER CREDIT
[ ] 490 CABLE/SATELLITE TV
[ ] 810 SELECTIVE SERVICE
[ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875 CUSTOMER CHALLENGE 12 USC 3410
[ ] 891 AGRICULTURE ACTS
[ ] 892 ECONOMIC STABILIZATION ACT
[ ] 893 ENVIRONMENTAL MATTERS
[ ] 894 ENERGY ALLOCATION ACT
[ ] 895 FREEDOM OF INFORMATION ACT
[ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950 CONSTITUTIONALITY OF STATE STATUTES
[ ] 890 OTHER STATUTORY ACTIONS

**REAL PROPERTY**
[ ] 210 LAND CONDEMNATION
[ ] 220 FORECLOSURE
[ ] 230 RENT LEASE & EJECTMENT
[ ] 240 TORTS TO LAND
[ ] 245 TORT PRODUCT LIABILITY
[ ] 290 ALL OTHER REAL PROPERTY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
[ ] 441 VOTING
[ ] 442 EMPLOYMENT
[ ] 443 HOUSING ACCOMMODATIONS
[ ] 444 WELFARE
[ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446 AMERICANS WITH DISABILITIES -OTHER
[ ] 440 OTHER CIVIL RIGHTS

**PRISONER PETITIONS**
[ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530 HABEAS CORPUS
[ ] 535 DEATH PENALTY
[ ] 540 MANDAMUS & OTHER
[ ] 550 CIVIL RIGHTS
[ ] 555 PRISON CONDITION

Check if demanded in complaint:

CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $_____  OTHER_____

Check YES only if demanded in complaint
JURY DEMAND: [X] YES  [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

JUDGE _____ DOCKET NUMBER _____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

(SEE REVERSE)

| (PLACE AN x IN ONE BOX ONLY) | | | ORIGIN | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2a. Removed from State Court<br>☐ 2b. Removed from State Court AND at least one party is a pro se litigant | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from (Specify District) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judge Judgment |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | | | IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1332, 1441) |
|---|---|---|---|---|
| ☐ 1 U.S. PLAINTIFF | ☐ 2 U.S. DEFENDANT | ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY) | ☒ 4 DIVERSITY | |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ☒ 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | ☒ 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Nathan Otterson
4830 Vernon Boulevard
Long Island City, New York 11101
Queens County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Gold Coast Freightways, Inc.,
12250 NW 28th Avenue, Miami, FL 33167
Dade County

Raul Soto
129 Brill Street, 2nd Floor, Newark, NJ 07105
Essex County

DEFENDANT(S) ADDRESS UNKNOWN
  REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one:  THIS ACTION SHOULD BE ASSIGNED TO:  ☐ WHITE PLAINS  ☒ FOLEY SQUARE
(DO NOT check either box if this a PRISONER PETITION.)

| DATE | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| May 1, 2008 | [signature] | [ ] NO<br>[x] YES (DATE ADMITTED Mo. 10 Yr. 2000)<br>Attorney Bar Code # DB 1084 |
| RECEIPT # | | |

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ JUDGE PITMAN _____ is so designated.

J Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATHAN OTTERSON,

                        Plaintiff,

-against-

GOLD COAST FREIGHTWAYS, INC.
and RAUL SOTO,

                        Defendants.
-----------------------------------------------------------------X

Civil Action No.:

08 CIV. 4216

NOTICE OF REMOVAL

JUDGE HOLWELL

FILED MAY - 2 2008 USDC WP SDNY

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT
      COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Defendants-Petitioners, GOLD COAST FREIGHTWAYS, INC. and RAUL SOTO, file this notice to remove the foregoing case to the United States District Court for the Southern District of New York, New York division, and respectfully show this Court:

    1.    A civil action was commenced in the Supreme Court of the Bronx County, State of New York, in which the above-named individual, NATHAN OTTERSON, is the plaintiff and the petitioners are the defendants. The action is entitled, <u>Nathan Otterson v. Gold Coast Freightways, Inc. and Raul Soto</u>, and bears Index Number 302333/08.

    2.    This is a civil action seeking damages arising out of a motor vehicle/pedestrian accident allegedly caused by the petitioners' negligence. The plaintiff alleges personal injuries. The addendum demands an amount which exceeds the jurisdictional limits of all lower Courts. Accordingly, the amount in controversy in this suit is in excess, exclusive of interest and costs, of $75,000.

    3.    This action involves a controversy between a citizen of the State of New York, a Florida Corporation and a citizen of the State of New Jersey in that: (a) the

1970897.1

plaintiff Nathan Otterson, is now, and was at the time said action was commenced, a resident and domiciliary of the State of New York, (b) petitioner Gold Coast Freightways, Inc. was at the time of the accident and remains a Florida corporation with its principal place of business in that State and (c) defendant Raul Soto was at the time of the accident and remains a resident and domiciliary of the State of New Jersey.

4. The above action was commenced against defendants-petitioners on or after April 4, 2008.

5. No proceedings have occurred in the state court action, and the defendants have not yet appeared in that action.

6. Said action is one of which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1332 and 28 U.S.C. § 1441. There is complete diversity of citizenship between the plaintiff Nathan Otterson and the defendants-petitioners.

7. Defendants, Gold Coast Freightways, Inc. and Raul Soto are the petitioners for the removal of this case to this Court.

8. Defendant Gold Coast Freightways, Inc. was served with the Summons and Complaint via the Secretary of State on April 4, 2008, defendant Raul Soto has not yet been served. Accordingly, this motion is timely.

9. Written filing of this motion will be given to the plaintiff promptly after the filing of this motion, as is required by law.

1970897.1

10. A true and correct copy of this motion will be filed with the Clerk of the Supreme Court of Bronx County, State of New York promptly after the filing of this motion, as is required by law.

11. Attached to this motion, and by reference made a part hereof, are true and correct copies of all process, pleadings and orders filed in the aforesaid action.

12. By filing this Notice of Removal, petitioners do not waive any defense which may be available to them, specifically including, but not limited to, their right to contest in personam jurisdiction over the petitioners, improper service of process upon the petitioners, and the absence of venue in this Court or in the court from which the action has been removed.

WHEREFORE, petitioners pray that this action proceed in this Court as an action properly removed thereto.

Dated:   New York, New York
         May 1, 2008
                 Yours etc.,


         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                 By:    _____
                        DAVID M. BORDONI (DB1084)
                        Attorneys for Defendants-Petitioners
                        GOLD COAST FREIGHTWYS, INC.
                        and RAUL SOTO
                        3 Gannett Drive
                        White Plains, NY  10604
                        (914) 323-7000
                        File No.: 00775.00062

To:   Alan Landa, Esq.
      EDELMAN & EDELMAN, P.C.
      Attorneys for Plaintiff
      61 Broadway, Suite 3010
      New York, New York 10006
      (212) 943-1200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATHAN OTTERSON,                                    Civil Action No.:

                         Plaintiff,

   -against-                                            **RULE 7.1(a)**
                                                                      **STATEMENT**

GOLD COAST FREIGHTWAYS, INC.
and RAUL SOTO,
                         Defendants.
-----------------------------------------------------------------X

      Defendant, Gold Coast Freightways, Inc. is a privately held Florida corporation which has no corporate or other parents, subsidiaries, affiliates, securities, stocks or other interests which are publicly held.

      Defendant, Raul Soto is an individual and therefore has no corporate or other parents, subsidiaries, affiliates, securities, stocks or other interests which are publicly held.

Dated:      New York, New York
              May 1, 2008
                     Yours etc.,

              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

              By:   *[signature]*
                     DAVID M. BORDONI (DB1084)
                     Attorneys for Defendants-Petitioners
                     GOLD COAST FREIGHTWYS, INC.
                     and RAUL SOTO
                     3 Gannett Drive
                     White Plains, NY  10604
                     (914) 323-7000
                     File No.:  00775.00062

To:    Alan Landa, Esq.
       EDELMAN & EDELMAN, P.C.
       Attorneys for Plaintiff
       61 Broadway, Suite 3010
       New York, New York 10006
       (212) 943-1200

1970897.1

Exhibit A

*AETNA*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------X
NATHAN OTTERSON,

                Plaintiff,

      against

GOLD COAST FREIGHTWAYS, INC.,
and RAUL SOTO

                Defendants.
-------------------------------------------------------------X

Index No.: 302333-08

Date Purchased: _____

## SUMMONS

Plaintiff designates Bronx County as the place of trial.

The basis of venue is:
location of incident

Plaintiff resides at:
4820 Vernon Blvd.,
Long Island City, N.Y. 11101

To the above named Defendant(s):

    You are hereby summoned to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
         March 19, 2008

                                    EDELMAN & EDELMAN, P.C.
                                    Attorneys for Plaintiff
                                    61 Broadway, Suite 3010
                                    New York, New York 10006
                                    (212) 943-1200

                                    Alana Landa, Esq.

Defendant's Address:
GOLD COAST FREIGHTWAYS, INC.
160 James Avenue, Jersey City, N.J. 07306
and c/o Secretary of State of New York State (VTL §253)

RAUL SOTO
129 Brill Street, 2nd Fl., Newark, N.J. 07105
and c/o Secretary of State of New York State (VTL §253)

08 MAR 21 AM 10: 26
COUNTY CLERK
BRONX COUNTY
RECEIVED

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------X     Index No.: 302333/08
NATHAN OTTERSON,

                 Plaintiff,     MAR 21 2008

-against-     **Verified Complaint**

GOLD COAST FREIGHTWAYS, INC.,
and RAUL SOTO,
             Defendants.
------------------------------------------------------------X

Plaintiff, by his attorneys, Edelman & Edelman, P.C., sets forth as his Verified Complaint, upon information and belief, as follows:

1. At all times hereinafter mentioned, the Plaintiff, NATHAN OTTERSON, was and still is a resident of the State of New York, County of Queens.

2. At all times hereinafter mentioned, Defendant GOLD COAST FREIGHTWAYS, INC., was and is a New Jersey State domestic business corporation duly organized under the laws of the State of New Jersey.

3. At all times hereinafter mentioned, Defendant GOLD COAST FREIGHTWAYS, INC. conducted business and commerce in the State of New York.

4. At all times hereinafter mentioned, Defendant GOLD COAST FREIGHTWAYS, INC., was the owner of a 1997 tractor trailer bearing New Jersey State License Plate T42Z1A for the year 2007.

5. At all times hereinafter mentioned, Defendant RAUL SOTO was an employee of Defendant GOLD COAST FREIGHTWAYS, INC. (hereinafter referred to as GOLD COAST).

6. At all times hereinafter mentioned, and particularly on the 1st day of June, 2007, Defendant RAUL SOTO was the operator of the aforesaid motor vehicle.

7. That on the 1st day of June, 2007, Defendant RAUL SOTO was operating the vehicle with the express permission of Defendant GOLD COAST.

8. That on the 1st day of June, 2007, Defendant RAUL SOTO was operating the vehicle with

the implied permission of Defendant GOLD COAST.

9. That on the 1st day of June, 2007, Defendant RAUL SOTO was operating the vehicle while in the course of his employment.

10. At all times hereinafter mentioned, in and about the intersection of Bruckner Boulevard with East 138th Street, City and State of New York, County of Bronx, was and is a public street, roadway and thoroughfare upon which motor vehicles, pedestrians, and bicyclists were permitted to and customarily did traverse and travel.

11. That at all times herein mentioned, and prior to the happening of the occurrence complained of, the Defendant RAUL SOTO was operating the aforesaid vehicle in a northerly direction on Bruckner Boulevard approaching the intersection of East 138th Street.

12. That on the 1st day of June, 2007 and prior to the happening of the occurrence complained of, Plaintiff NATHAN OTTERSON was a bicyclist operating a two-wheel bicycle lawfully upon the aforementioned roadway, in the right-most lane adjacent to the curb.

13. At all times hereinafter mentioned, Plaintiff NATHAN OTTERSON had stopped his bicycle at a red light, at or about the intersection of East 138th Street and Bruckner Boulevard.

14. On Friday June 1, 2007, at approximately 5:00 PM, at the aforementioned location, there was a contact between the motor vehicle being operated by Defendant RAUL SOTO and the Plaintiff herein.

15. That at all times herein mentioned, the motor vehicle being operated by the Defendant RAUL SOTO struck the bicycle upon which Plaintiff NATHAN OTTERSON was positioned, knocked the Plaintiff off the said bicycle and onto the ground, and ran over Plaintiff.

16. That as a result of the happening of the occurrence complained of herein, Plaintiff

NATHAN OTTERSON sustained severe personal injuries.

17. The occurrence aforesaid was the result of the negligence, carelessness, and recklessness of Defendants in the ownership, operation, use and control of the motor vehicle: Defendants negligently, recklessly and carelessly failed to yield the right-of-way to the plaintiff bicyclist; operated the said motor vehicle at an excessive rate of speed under the circumstances and conditions prevailing at the said time and place; allowed said vehicle to veer from the portion of the roadway intended for motor vehicles toward the curb, intended for bicyclists and pedestrians, and in so doing, "side swiped" Plaintiff's bicycle, thereby knocking Plaintiff off said bicycle and onto the pavement; failed to stop at the intersection traffic light, which was indicated red; failed to be reasonably alert; failed to be reasonably observant; Defendant RAUL SOTO failed to see what was there to be seen, to pay attention to the roadway and aware of the presence of a bicyclist properly and lawfully located in the right-most lane; failed to make appropriate and proper use of his senses in the operation of said motor vehicle; failed to check or otherwise make appropriate use of his mirrors or viewing devices; failed to make timely and safe application of the brakes of the said motor vehicle; failed to signal, sound a horn or other warning device; carelessly and recklessly allowed the said motor vehicle to come into contact with the bicycle of the Plaintiff and the body of the Plaintiff with great speed, force and violence thereby knocking Plaintiff off of his bicycle and onto the ground, and proceeding to run over his leg with said vehicle's rear right tires; failed to abide by the rules of the road and the New York State Vehicle and Traffic Laws and New York City Traffic Regulations pertaining herein; failed to use due care and caution in the premises so as to avoid the happening of the occurrence complained of and the resulting injuries to the plaintiff.

18. As a result of the foregoing, plaintiff sustained severe and permanent personal injuries,

with attendant losses and permanent effects on his health, experienced great pain and suffering; was forced undergo medical care and treatment; was incapacitated from his usual duties and activities and was in other ways damaged.

19. That at all times hereinafter mentioned, Plaintiff was free from culpable conduct.

20. Plaintiff has sustained a serious injury as defined in 5102(d) of the Insurance Law, or economic loss greater than basic economic loss as defined in 5102 of the Insurance Law.

21. That this action falls within some or all of the exceptions of CPLR sections 1601(1), 1602(2), 1602(6) and 1602(7).

22. That Plaintiff NATHAN OTTERSON has suffered a serious injury as that term is defined in Section 5102(d) of the Insurance Law and Plaintiff has incurred economic losses greater than basic economic loss as that term is defined in Section 5102(a)(4) of the Insurance Law and has further incurred substantial non-economic loss as that term is defined in Section 5102 ( c) of the said Insurance Law.

WHEREFORE, Plaintiff demands judgment against the Defendants on his complaint in a sum of money which after all applicable adjustments for present value and otherwise, pursuant to Article 50-B of the CPLR, exceeds the monetary jurisdiction of all of the lower Courts of the City and State of New York, together with interests, costs and disbursements of this action.

Dated:     New York, New York
           March 19, 2008

                                    Yours, etc.

                                    Edelman and Edelman, P.C.
                                    Attorneys for Plaintiff
                                    61 Broadway, Suite 3010
                                    New York, New York 10006
                                    (212) 943-1200

                                    Alana Landa, Esq.

### ATTORNEY'S VERIFICATION

ALANA LANDA, an attorney admitted to practice in the courts of New York, affirms the truth of the following pursuant to CPLR 2106:

I am a member of the firm of EDELMAN & EDELMAN, P.C., the attorneys of record for the Plaintiff in the within action; I have read the foregoing Complaint and known the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe to be true. The reason this verification is made by me and not by the Plaintiff is that the Plaintiff resides in a county other than the county in which our offices are located.

The grounds of my belief as to all matters not stated upon my knowledge are the contents of our investigation of this matter.

Dated: New York, New York
       March 19, 2008

_____
ALANA LANDA

EDELMAN & EDELMAN, P.C.

SUPREME COURT OF THE STATE OF NEW YORK       Index No.:
COUNTY OF BRONX

NATHAN OTTERSON,

                Plaintiff,

- against -

RAUL SOTO and
GOLD COAST FREIGHTWAYS, INC.,

                Defendants.

## SUMMONS & VERIFIED COMPLAINT

EDELMAN & EDELMAN, P.C.
Attorneys for Plaintiff
61 Broadway, Suite 3010
New York, New York 10006-2805
(212) 943-1200

Signature pursuant to Rule 130-1.1(a).

_____
Alana Landa, Esq.

Form 45 -

EDELMAN & EDELMAN P.C.
ATTN:

SUPREME COURT    BRONX   COUNTY
-------------------------------------------------

NATHAN OTTERSON                            plaintiff

                - against -

GOLD COAST FREIGHTWAYS, INC. ETANO    defendant
-------------------------------------------------

Index No. 302333/08

Date Filed ..............

Office No.

Court Date:  /  /

   PLEASE TAKE NOTICE that pursuant to the provisions of Section 253/254

of the Vehicle and Traffic Laws of the State of New York, the

   **SUMMONS AND VERIFIED COMPLAINT**

in the above entitled action was served upon you personally on:

   **4th day of April, 2008 at**

by delivering a true copy thereof to the regularly established office of the

Secretary of State, of the State of New York, at 123 William St,19th fl

in the Borough of Manhattan, City of New York together with the statutory

fee of $10.00.

   And Please Take Further Notice, that we are sending you herewith, by

certified mail return receipt requested another true copy of the

   **SUMMONS AND VERIFIED COMPLAINT**

in this action.

Dated: 04/18/2008                         Yours truly,

                                          EDELMAN & EDELMAN P.C.
                                          3EE120494

   To:  GOLD COAST FREIGHTWAYS, INC.

        160 JAMES AVE
        JERSEY CITY, NJ 07306

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK            )
                             ) SS.:
COUNTY OF WESTCHESTER        )

I, LISA JORDAN, being sworn, say:

I am not a party to the action, am over the age of 18 years of age and reside in Yorktown Heights, New York.

On May 5, 2008, I served the within **CIVIL COVER SHEET, NOTICE OF REMOVAL AND RULE 7.1(A) STATEMENT** by depositing a true copy thereof enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

To:
Alan Landa, Esq.
EDELMAN & EDELMAN
61 Broadway, Suite 3010
New York, New York 10006
(212) 943-1200

_____
LISA JORDAN

Sworn to before me this
5th day of May, 2008.

_____
Notary Public

DESIREE M. SOARES
Notary Public, State of New York
No. 01SO6135775
Qualified Westchester County
Commission Expires Oct. 24, 2009

1977864.1

Docket No.:

David M. Bordoni (1084)
00775.00062

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHAN OTTERSON

                                                                                            Plaintiff(s),

          -against-

GOLD COAST FREIGHTWAYS, INC. and RAUL SOTO

                                                                                            Defendant(s).

NOTICE OF REMOVAL AND RULE 7.1(A) STATEMENT

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Attorneys For*   Defendants – GOLD COAST FREIGHTWAYS, INC. and RAUL SOTO

3 Gannett Drive
White Plains, NY 10604-3407
914.323.7000