UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NATHAN OTTERSON,

                           Plaintiff,

      -against-

GOLD COAST FREIGHTWAYS, INC.
and RAUL SOTO,

                       Defendants.
-------------------------------------------------------------------X

Civil Action No.:
1:08-CV-4216

RULE 26(a)(1)
INITIAL DISCLOSURE

      Defendants, GOLD COAST FREIGHTWAYS, INC. and RAUL SOTO, by and through their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, set forth the following as their Initial Disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

      A.     Witnesses:

              Raul Soto:  129 Brill Street, Newark, NJ  07105

              Hugo Diaz:  726 E. 136th Street, Bronx, NY 10454

      B.    The following are copies of documents that may be used by Gold Coast Freightways, Inc. and Raul Soto to support their claims or defenses:

      Attached hereto as Exhibit A is a true and correct copy of  Gold Coast Freightway, Inc.'s Driver's Accident Report and Dispatch Accident Report.

      C.    Gold Coast Freightways, Inc. was afforded liability coverage by RLI Insurance company under policy LFT001222-2.  The policy period was from December 1, 2006 through December 1, 2007 and contained a $2,000,000 per occurrence limit.

Dated:     White Plains, New York
           June 9, 2008

Yours, etc.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____

David M. Bordoni (DB 1084)
Attorneys for Defendants
GOLD COAST FREIGHTWAYS, INC. and
RAUL SOTO
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 00775.00062


To:    EDELMAN & EDELMAN, P.C.
Attorneys for plaintiff
61 Broadway, Suite 3010
New York, NY 10006
(212) 943-1200

Exhibit A

# GOLD COAST
## FREIGHTWAYS, INC.

# DRIVER'S ACCIDENT REPORT

| Accident Date | Time | Investigated by police | Number of Vehicles Involved | Address of Accident Location | |
|---|---|---|---|---|---|
| 6-01-07 | 4:55 | ☐ Yes ☐ No | 1 | 138 st Bruckner Blvd | |
| | | | | City BRONX, | State N.Y. |

| Your Vehicle #1 | Insurance Co. RLI INS. Co. | | Other Vehicle #2 | Insurance Co. | |
|---|---|---|---|---|---|
| | Policy # LFt 0012222 | | | Policy # | |
| Driver's Name SOTO RAUL | Phone # 973-690-5373 | | Driver's Name Pedestrian | Phone # | |
| Address 129 Bull St. | | | PERSON ON Bicycle | | |
| City NEWARK, | State N.J. Zip Code 07105 | | Address | | |
| Driver's License # 56773-64200-0762 | ST NJ | Age 40 Sex M | City | State | Zip Code |
| Owner's Name Gold Coast | Phone # 201 653 0050 | | Driver's License # | ST | Age | Sex |
| Address 160 JAMES Ave. | | | Owner's name | Phone # | |
| City JERSEY City | State NJ Zip Code 07306 | | Address | | |
| Make of Vehicle Ford | Year 1995 | | City | State | Zip Code |
| License Plate # AF 741K | ST N.J. | | Make of Vehicle | | Year |
| | | | License Plate # | | ST |

Was there a death? ☐ Yes ☑ No    Was there an injury? ☑ Yes ☐ No    Was there a tow away of any vehicle? ☐ Yes ☑ No

Were you ☐ Bobtailing ☑ Pulling a load → ☐ Pulling an empty ☐ Straight Truck loaded ☐ Straight Truck empty

Was there damage to the cargo? ☐ Yes ☑ No    Was Summons Issued at the time of the Accident? ☐ Yes ☑ No

To Whom: _____    Why: _____

WITNESS: Name & Address  Hugo Diaz
646-688-8579-Cell    718-688-3057 Home    BRONX, N.Y.

PERSONAL INJURY

| Name | Address | Type of Injury |
|---|---|---|
| Please Refer to Police Report For Pedestrain Info. | | |

| Name | E... (Other than Vehicle) | Description of Damage |
|---|---|---|
| | PERSON on By Bicycle | |
| | State | |
| | | |

This report must be completed by the end of days work and forwarded to your dispatcher

and circle places of damage:



Estimated Cost of Repair for Vehicle #1: _NoNe_    Estimated Cost of Repair for Vehicle #2: _N/A_

**HOW DID THE ACCIDENT HAPPEN** – Draw a Picture of the Accident Below

| | | | |
|---|---|---|---|
| #1 My Vehicle | #2 Other Vehicle | #3 Third Vehicle | Weather Condition _CleAR_ |
| Pedestrian | Stop Sign | Stop Light | Light Condition ___ |
| | | | Surface Condition ___ |
| | | | Number of Lanes _3_ |

Indicate points of Compass
N E S W



Type of District: ☐ Residential  ☑ Primarily Business  ☐ Rural

Traveling from: _Brooklyn N.Y._    To: _Jelsey City Home Team._

DESCRIPTION OF ACCIDENT – Give Street Names, Directions, and Locations of Objects Involved:

_PErson oN Bicycle RAN into R/S of TRl. ANd claim iNjuRics oN 138th St. & BRuckNer Blvd. BRonx, N.Y. Police were Notify ANd E-MS. were Also oN the scENE PErson was takEN to hospital. Police Report will be AvAilAble oN 6/4/07 At 257 AlexANder Ave. 40th Pct. BRonx, N.Y. Call to MAke Sure 718-402-4823 40th Pct. give RAul Soto NAme. ANd dAte of Accident._

Date of last Medical Certificate: _October 2006_  Hours of actual driving since last period of 8 consecutive hours off duty: _4_

Number of axles: Tractor: _4_  Were you carrying hazardous cargo at the time of the accident? ☐ Yes ☑ No

Were there mechanical defects in your vehicle at the time of the accident? ☐ Yes ☑ No  If yes, specify: ___

Were you in use at the time of the accident? ☑ Yes ☐ No

Driver: _Raul Soto_  Age: _40_  S.S. #: _1929_

_Police office NAme Monche I.D# 26134_

# GOLD COAST
### FREIGHTWAYS, INC.

## DISPATCH ACCIDENT REPORT

*PART I.*

Driver's Name: Raul Soto          Terminal: JCY

Tractor/Straight Truck #: 304          Trailer #: SS99

Date of Accident: 6-1-07          Time of Accident: 4:55 P.M.

City Accident Occurred: Bronx, NY          Estimate Cost of Damages _____

Description of Events: person on Bicycle ran into r/s of
Trailer and claim injuries. on 138th st + Bruckner Blvd.
in The Bronx, N.Y. Police were Notify and E.M.S.
were on the scene person was taken to Hospital.
police report will be Available on 6/4/07 at
257 Alexander Ave. 40th pct. Bronx, NY. Call to make
sure 718-402-4823 40th pct. give Raul Soto Name
*PART II* And Date of Accident. (Police officer: Montche #26134)

|                                   | Yes | No  |                                        | Yes | No  |
|-----------------------------------|-----|-----|----------------------------------------|-----|-----|
| Police Notified                   | ☒   | ☐   | Citation Issued                        | ☐   | ☒   |
| Vehicle towed away                | ☐   | ☒   | Fatality                               | ☐   | ☒   |
| Injury w/ treatment away from scene | ☒   | ☒   | Post-accident Drug/ Alcohol Test needed | ☐   | ☒   |
| Haz Mat Spill                     | ☐   | ☒   |                                        |     |     |

Haz Mat Spill Cleaned up by whom: _____

**If Post-Accident Drug/Alcohol Test needed, answer the following questions**

Alcohol Test completed within 2 hours following the accident          ☐   ☐
If no, please state why: _____

If Alcohol Test was not completed within 2 hours, was it completed within 8 hrs   ☐   ☐
If no, please state why: _____

Drug Test completed within 32 hours following the accident          ☐   ☐
If no, please state why: _____

dispatch
06 95

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK           )
                                    ) SS.:

COUNTY OF WESTCHESTER     )

I, TONIANN BARBERA, being sworn, say:

I am not a party to the action, am over the age of 18 years of age and reside in Milford, Connecticut. On June 9, 2008, I served the within **RULE 26(a)(1) INITIAL DISCLOSURE** by depositing a true copy thereof enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

TO:
EDELMAN & EDELMAN, P.C.
Attorneys for plaintiff
61 Broadway, Suite 3010
New York, NY 10006
(212) 943-1200

                                                      TONIANN BARBERA

Sworn to before me this
9th day of June, 2008

Notary Public

LAURA HANNA
Notary Public, State of New Yor[k]
No. 01HA6035322
Qualified in Westcheste[r]
Commission Expires December 27, 2009

2009966.1