# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

3 Gannett Drive, White Plains, NY 10604   Tel: (914) 323-7000   Fax: (914) 323-7001

*New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • Baltimore • Miami • Chicago • White Plains, NY*
*Dallas • Albany, NY • San Diego • Houston • Garden City, NY • Boston • McLean, VA • Stamford • London*
*Affiliate Offices: Paris • Berlin • Cologne • Frankfurt • Munich*

www.wilsonelser.com

July 8, 2008

RECEIVED JUL 8 2008 CHAMBERS OF RICHARD J. HOLWELL

***Via Facsimile Transmission: 212-805-7948***

Hon. Richard Holwell
United States District Court
Courtroom 17B, 500 Pearl Street
New York, NY 10007

> Re: *Nathan Otterson, v. Gold Coast Freightways, Inc, et. al.*
> ~~2008 Civ.04126 (RJH)~~   2008 CV04216
> Our File No.: 00775.00062

Dear Hon. Holwell:

Please be advised that all parties have consented to the adjournment of Your Honor's Initial Scheduling Conference, currently scheduled for July 10, 2008. It is our understanding that the conference will be held on September 12, 2008 at 10:30 a.m.

Thank you for your courtesy in consenting to this application.

Respectfully,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

David M. Bordoni

DMB/lj
cc.  Sheila Weinstein, Esq.
     Edelman and Edelman, P.C.
     61 Broadway, Suite 3010
     New York, New York 10006
     Facsimile: (212) 943-0001
     Telephone: (212) 943-1200

So Ordered
[signature]
USDJ
7/11/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

2041305.1